David R. Hoy (CA Bar 34660)
Bible Hoy & Trachok
201 West Liberty Street, Third Floor
Reno, Nevada 89501
(775) 786-8000
Attorneys for Defendants Great Northern Marketing & Management, Inc.,
Richard M. Ota, Jr., and Dale Poe Real Estate Group.

# United States District Court
## Northern District of California – San Jose Division

| | |
|---|---|
| DUC Housing Partners, Inc., a California corporation; and DUC Investments, LLC, a California limited liability company,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Great Northern Marketing & Management, Inc., a Nevada corporation; Richard M. Ota, Jr., an individual citizen of California; and Dale Poe Real Estate Group, a California Corporation,<br><br>　　　　Defendants. | Case No. C04-02752-HRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br><br><br>Judge: Hon. Howard R. Lloyd |

This matter having been fully settled, the parties hereto, pursuant to FRCP 41(a), through their undersigned counsel, hereby stipulate and agree that this entire matter be dismissed with prejudice, with each party to bear its own fees and costs.

DATED this 17th day of May, 2005.

BIBLE HOY & TRACHOK

By: _____
David R. Hoy, Esq.
201 W. Liberty Street, #300
Reno, NV 89501
*Attorneys for Great Northern Marketing & Management, Inc.*

1
2
3   DATED this \_\_19\_\_ day of May, 2005.
4
5                                               ROSSI, HAMERSLOUGH, REISCHL &
                                                CHUCK
6
7                                               By: _____
                                                    Dean C. Rossi, Esq.
8                                                   1960 The Alameda, Suite 200
                                                    San Jose, CA 95126-1493
9                                                   *Attorneys for Duc Housing Partners,*
                                                    *Inc. and Duc Investments, LLC*
10
11
12   IT IS SO ORDERED.
13
14
15                                               UNITED STATES ~~DISTRICT~~ JUDGE
                                                                MAGISTRATE
16
                                                 Dated: \_\_6/2/05_____
17
                                                 HOWARD R. LLOYD
18
19
20
21
22
23
24
25
26
27
28

Great Northern Marketing & Management, Inc., Stipulation & Order for Dismissal– C-04-02752 HRL

- 2 -